UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO BOBBY-CANTU RAMIREZ,

    Plaintiff,

  v.

DIRECTOR OF CDCR,

    Defendant.

Case No. 18-cv-04054-HSG (PR)

**JUDGMENT**

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/23/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge