UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BOBBY-CANTU RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CDCR,<br><br>　　　　　Defendant. | Case No. 18-cv-04054-HSG (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 15 |

　　　　This is a closed federal civil rights action. The Court dismissed the action on August 23, 2018 on the ground that it was filed in the wrong venue. Dkt. No. 13. The Court received plaintiff's motion for appointment of counsel the following day. Dkt. No. 15. The motion is DENIED as moot, the case having been dismissed.

　　　　This order terminates Dkt. No. 15.

　　　　**IT IS SO ORDERED.**

Dated:  9/10/2018

　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge