UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BOBBY-CANTU RAMIREZ, Plaintiff, v. SAN JOAQUIN HOSPITAL, et al., Defendants. | Case No. 18-cv-04054-HSG (PR) **ORDER VACATING DISMISSAL, REOPENING CASE AND TRANSFERRING** |

On August 23, 2018, this civil rights case brought *pro se* by a state prisoner was dismissed without prejudice because it was filed in the wrong district. Plaintiff was advised that some of his claims could be brought in the Eastern District of California and others could be brought in the Central District. On September 14, 2018, plaintiff filed a first amended complaint, which the Court construes as a motion to reopen the action. So construed, the action is REOPENED, and the Court will review the amended complaint.

Plaintiff states that he was provided inadequate medical care or denied medical services at four different facilities. Three of the facilities are located in the Eastern District of California and one facility is in the Central District of California. Plaintiff is currently incarcerated in the Eastern District but presents no allegations of any conduct that occurred in this district. Because many of the allegations occurred in the Eastern District of California and he is incarcerated there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

**CONCLUSION**

1. The order of dismissal (Docket No. 13) and judgment (Docket No. 14) are VACATED, and this case is REOPENED.

2. This case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk is directed to reopen this action, terminate any pending motions, and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 9/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge